| | | |
|---|---|---|
| NTF<br>Rev. 11/22 | **United States Bankruptcy Court**<br>Southern District of California<br>Jacob Weinberger U.S. Courthouse<br>325 West F Street<br>San Diego, CA 92101–6991 | Telephone: 619–557–5620<br>Website: www.casb.uscourts.gov<br>Hours: 8:30am – 4:30pm Monday–Friday |

**Maria Ramona Acosta**
145 W El Norte Pkwy
Escondido, CA 92026–2531
xxx–xx–7912
*Debtor Aliases:* Maria Mondragon

Case number: 23–03549–MM7
Chapter: 7
Judge Margaret M. Mann

## Notice To Filer Of Errors And/Or Deficiencies in Documents

Document Number **8** filed on: **11/27/23**
Title of Document: **Balance of Schedules:**

Pursuant to the Federal Rules of Bankruptcy Procedures, Local Bankruptcy Rules and Administrative Procedures 1.12 Correcting Filing or Docket Errors, the following errors or deficiencies have been found with your filed document:

The debtor(s) signatures are missing. The Filer is Directed to file original signature(s) or the document may be stricken:

☐ within 14 days of the voluntary petition 11/11/23 , due 11/27/23

☐ Amendment (CSD 1100)   ☐ Balance of Schedules (CSD 1099)   ☐ Notice to Creditors (CSD 1101)

Visit the Court website CM/ECF Resources online page containing the most current step–by–step CM/ECF manual, court forms and training video. If you have questions, please contact the Case Administrator assigned to your case https://www.casb.uscourts.gov/court_phone_list.

**ACTION TAKEN BY COURT**

☑ Atty/Debtor/Movant contacted on **11/28/23**   via ☐ Tel/Voice Mail   ☑ Email   ☐ Mail or Other

**OTHER:** **1 – The Balance of Schedules must be signed by the debtor with an original signature.**

**2 – All pages of CSD 1099 were not filed.**

**3 – When filing the Statement of Current Monthly Income after the initial case opening, it must be filed as a separate docket entry and not within the Balance of Schedules.**

**Please refile a completed CSD 1099 only (not all 58 pages) and then file the Statement of Current Monthly Income as a separate entry.**

Dated: 11/28/23

Michael Williams
Clerk of the Bankruptcy Court