**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Maria Ramona Acosta**
 145 W El Norte Pkwy
Escondido, CA 92026−2531
xxx−xx−7912
*Debtor alias(es):*  Maria Mondragon

Case number:  23−03549−MM7
Chapter:  7
Judge  Margaret M. Mann

## Notice of Debtor's Failure to Provide Income Tax Return

The Debtor has failed to comply with 11 U.S.C. §521(e)(2)(A) and has not timely provided the required income tax return to the trustee within seven (7) days before the date first set for the first meeting of creditors. Failure to comply with the above requirement may result in dismissal without further notice.

Dated: 12/7/23

Michael Williams
Clerk of the Bankruptcy Court