CSD 1241 [11/01/22]

Order Entered on December 14, 2023 by Clerk U.S. Bankruptcy Court Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Maria Ramona Acosta**

Debtor,

Bankruptcy No. **23-03549-MM7**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

It appears from the Court records for the above-entitled Chapter **7** case that the debtor(s) has failed to file, or move for an extension of time to file, the document(s) with approved content identified below and in the Court's *Notice of Missing Schedule(s), Statement(s) and/or Chapter 13 Plan* within the time permitted.

**LBR 5005-4(C) Requires Debtors Origianal Signature on**
**Local Form CSD 1099 (Balance of Schedules)**

Therefor and for good cause showing,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The above-entitled case is dismissed without prejudice.
2. All related adversary proceedings which are pending are also dismissed subject to the provisions of Local Bankruptcy Rule 7041-2(a).
3. All stays now in effect for this case are vacated.

DATED: December 13, 2023

_(signature)_
Judge, United States Bankruptcy Court

**DUE WITHIN 14 DAYS OF FILING**
as governed by Fed. R. Bankr. P 1007(a)(5), (b) and (c), 3015(b), LBR 1017-3, and LBR 5005-4

CSD 1241