NOD  
Rev. 02/09

# United States Bankruptcy Court
## Southern District of California
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101−6991

Telephone: 619−557−5620  
Website: www.casb.uscourts.gov  
Hours: 8:30am − 4:30pm Monday−Friday

**Maria Ramona Acosta**  
145 W El Norte Pkwy  
Escondido, CA 92026−2531  
xxx−xx−7912  
*Debtor Aliases:* Maria Mondragon

Case number: 23−03549−MM7  
Chapter: 7  
Judge Margaret M. Mann

**Notice of Entry of Order Dismissing Case**

To the Creditors of the above−named Debtor(s) and Other Parties in interest:

Notice is hereby given that the Chapter 7 case for the above−named **Debtor Only (Maria Ramona Acosta)** has been dismissed.

Dated: 12/14/23

By order of the court:  
Michael Williams  
Clerk of the Bankruptcy Court



\*\*\*\*\*\*\*\*\*\*  
**FILED**  
12/14/23  
\*\*\*\*\*\*\*\*\*\*

In re: Case No. 23-03549-MM

Maria Ramona Acosta Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3      User: Admin.      Page 1 of 3

Date Rcvd: Dec 14, 2023      Form ID: nod      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Maria Ramona Acosta, 145 W El Norte Pkwy, Escondido, CA 92026-2531 |
| 15052377 | American Medical Response, 6501 S Fiddlers Green Cir Ste 100, Greenwood Vlg, CO 80111-5038 |
| 15052378 | Ayoub Jbilou, 3535 Banbury Dr, Riverside, CA 92505-1912 |
| 15052387 | DAWN SOWKA, 1747 Dashero Place, Escondido, CA 92029 |
| 15052393 | Palomar Health, 2185 Citracado Pkwy, Escondido, CA 92029-4159 |
| 15052394 | Parkview Health System, Po Box 78004, Minneapolis, MN 55480-2800 |
| 15052398 | WEBBANK / ONEMAIN, PO Box 31535TA-74, Tampa, FL 33631-3535 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: CALTAXFEE | Dec 15 2023 04:07:00 | California Department of Tax and Fee Administratio, Account Information Group, MIC:29, P.O. Box 942879, Sacramento, CA 94279-0029 |
| smg | ^ | MEBN | Dec 14 2023 23:05:35 | Div. of Labor Standards Enforcement, 7575 Metropolitan Drive, Suite 210, San Diego, CA 92108-4424 |
| smg | + | EDI: EDD.COM | Dec 15 2023 04:07:00 | Employment Develop. Dept., State of CA, Bankruptcy Unit - MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 15 2023 04:07:00 | Franchise Tax Board, Attn: Bankruptcy, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | Email/Text: ustp.region15@usdoj.gov | Dec 14 2023 23:12:00 | United States Trustee, Office of the U.S. Trustee, 880 Front Street, Suite 3230, San Diego, CA 92101-8897 |
| 15052375 | | Email/Text: bankruptcy@acimacredit.com | Dec 14 2023 23:12:00 | ACIMA DIGITAL, 13907 S Minuteman Dr, Draper, UT 84020-9869 |
| 15052376 | | Email/Text: backoffice@affirm.com | Dec 14 2023 23:12:00 | AFFIRM INC, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 15052379 | | EDI: BANKAMER | Dec 15 2023 04:07:00 | BANK OF AMERICA, PO Box 982238, El Paso, TX 79998-2238 |
| 15052380 | | EDI: CAPITALONE.COM | Dec 15 2023 04:07:00 | CAPITAL ONE, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 15052381 | | EDI: CAPONEAUTO.COM | Dec 15 2023 04:07:00 | CAPITAL ONE AUTO FINANCE, PO Box 259407, Plano, TX 75025-9407 |
| 15052383 | | EDI: WFNNB.COM | Dec 15 2023 04:07:00 | COMENITY BANK / VICTORIA, PO Box 182789, Columbus, OH 43218-2789 |
| 15052384 | | EDI: WFNNB.COM | Dec 15 2023 04:07:00 | COMENITY CAPITAL / ULTA, PO Box 182120, |

| | | | | |
|---|---|---|---|---|
| | | | | Columbus, OH 43218-2120 |
| 15052385 | + | EDI: CCS.COM | Dec 15 2023 04:07:00 | CREDIT COLLECTION SERVICES, 725 Canton St, Norwood, MA 02062-2679 |
| 15052386 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2023 23:16:40 | CREDIT ONE BANK, PO Box 98875, Las Vegas, NV 89193-8875 |
| 15057326 | + | EDI: AISACG.COM | Dec 15 2023 04:07:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15052382 | | EDI: CITICORP | Dec 15 2023 04:07:00 | Citibank / Best Buy, PO Box 790441, Saint Louis, MO 63179-0441 |
| 15052388 | | Email/Text: bknotice@ercbpo.com | Dec 14 2023 23:12:00 | ENHANCED RECOVERY COMPANY, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 15052389 | + | EDI: BLUESTEM | Dec 15 2023 04:07:00 | FETTI FINGERHUT/WEBBAN, 13300 PIONEER TRL, EDEN PRAIRIE, MN 55347-4120 |
| 15052390 | | EDI: JEFFERSONCAP.COM | Dec 15 2023 04:07:00 | JEFFERSON CAPITAL SYSTEMS, 16 Mcleland Rd, Saint Cloud, MN 56303-2198 |
| 15052391 | ^ | MEBN | Dec 14 2023 23:06:22 | KIA FINANCE AMERICA, 4000 Macarthur Blvd, Newport Beach, CA 92660-2507 |
| 15052392 | | Email/Text: ktramble@lendmarkfinancial.com | Dec 14 2023 23:12:00 | LENDMARK FINANCIAL SERVICES, 2118 Usher St NW, Covington, GA 30014-2434 |
| 15052394 | ^ | MEBN | Dec 14 2023 23:05:31 | Parkview Health System, Po Box 78004, Minneapolis, MN 55480-2800 |
| 15052395 | | EDI: SYNC | Dec 15 2023 04:07:00 | SYNCHRONY / JC PENNEYS, PO Box 965007, Orlando, FL 32896-5007 |
| 15052396 | | EDI: SYNC | Dec 15 2023 04:07:00 | SYNCHRONY / WALMART, PO Box 965024, Orlando, FL 32896-5024 |
| 15052397 | | EDI: AISTMBL.COM | Dec 15 2023 04:07:00 | T-Mobile, P0 Box 53410, Bellevue, WA 98015-3410 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Dec 16, 2023 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed

**below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Maria Ramona Acosta bhestonecf@gmail.com |
| Leonard J. Ackerman | ljabkatty@gmail.com lja@trustesolutions.net |
| United States Trustee | ustp.region15@usdoj.gov |

TOTAL: 3