**CSD 1001A** [07/01/18]
Name, Address, Telephone No. & I.D. No.

NEXUS BANKRUPTCY
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377 // Fax: 949.288.2054

Order Entered on
December 21, 2023
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
MARIA RAMONA ACOSTA,

Debtor.

BANKRUPTCY NO. 23-03549-MM7

Date of Hearing: n/a
Time of Hearing: n/a
Name of Judge: Hon. Margaret M. Mann

# ORDER ON
## EX PARTE MOTION TO VACATE DISMISSAL AND REINSTATE CASE

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __19__.

//
//
//
//
//
//
//

DATED: December 21, 2023

_____
Judge, United States Bankruptcy Court

CSD 1001A

**CSD 1001A** [07/01/18]**(Page 2)**
ORDER ON EX PARTE MOTION TO VACATE DISMISSAL AND REINSTATE CASE
DEBTOR: MARIA RAMONA ACOSTA,    CASE NO: 23-03549-MM7

---

On December 20, 2023, Debtor, Maria Ramona Acosta, filed an ex parte motion to vacate the dismissal order, reinstate the case, and re-notice the 341(a) examination. The Court, having reviewed and considered the motion,

ORDERS AS FOLLOWS:
1. The motion is granted and the dismissal entered as Docket #14 is vacated;
2. Leonard Ackerman is reassigned to the case and the Court will re-notice the 341(a) examination.

CSD 1001A

Signed by Judge Margaret M. Mann December 21, 2023