# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: Admin. | Date Created: 12/21/2023 |
| Case: 23–03549–MM7 | Form ID: pdfO14 | Total: 33 |

**Recipients of Notice of Electronic Filing:**
tr     Leonard J. Ackerman     ljabkatty@gmail.com
aty     Benjamin Heston     bhestonecf@gmail.com

          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Maria Ramona Acosta     145 W El Norte Pkwy     Escondido, CA 92026–2531
smg     United States Trustee     Office of the U.S. Trustee     880 Front Street     Suite 3230     San Diego, CA 92101
smg     Employment Develop. Dept., State of CA     Bankruptcy Unit – MIC 92E     P.O. Box 826880     Sacramento, CA 94280
smg     Div. of Labor Standards Enforcement     7575 Metropolitan Drive, Suite 210     San Diego, CA 92108
smg     California Department of Tax and Fee Administration     Account Information Group, MIC:29     P.O. Box 942879     Sacramento, CA 94279–0029
smg     Franchise Tax Board     Attn: Bankruptcy     P.O. Box 2952     Sacramento, CA 95812–2952
15052375     ACIMA DIGITAL     13907 S Minuteman Dr     Draper, UT 84020–9869
15052376     AFFIRM INC     650 California St Fl 12     San Francisco, CA 94108–2716
15052377     American Medical Response     6501 S Fiddlers Green Cir Ste 100     Greenwood Vlg, CO 80111–5038
15052378     Ayoub Jbilou     3535 Banbury Dr     Riverside, CA 92505–1912
15052379     BANK OF AMERICA     PO Box 982238     El Paso, TX 79998–2238
15052380     CAPITAL ONE     PO Box 31293     Salt Lake City, UT 84131–0293
15052381     CAPITAL ONE AUTO FINANCE     PO Box 259407     Plano, TX 75025–9407
15052383     COMENITY BANK / VICTORIA     PO Box 182789     Columbus, OH 43218–2789
15052384     COMENITY CAPITAL / ULTA     PO Box 182120     Columbus, OH 43218–2120
15052385     CREDIT COLLECTION SERVICES     725 Canton St     Norwood, MA 02062–2609
15052386     CREDIT ONE BANK     PO Box 98875     Las Vegas, NV 89193–8875
15057326     Capital One Auto Finance, a division of     AIS Portfolio Services, LLC     4515 N Santa Fe Ave. Dept. APS     Oklahoma City, OK 73118
15052382     Citibank / Best Buy     PO Box 790441     Saint Louis, MO 63179–0441
15052387     DAWN SOWKA     1747 Dashero Place     Escondido, CA 92029
15052388     ENHANCED RECOVERY COMPANY     8014 Bayberry Rd     Jacksonville, FL 32256–7412
15052389     FETTI FINGERHUT/WEBBAN     13300 PIONEER TRL     EDEN PRAIRIE, MN 55347
15052390     JEFFERSON CAPITAL SYSTEMS     16 Mcleland Rd     Saint Cloud, MN 56303–2198
15052391     KIA FINANCE AMERICA     4000 Macarthur Blvd     Newport Beach, CA 92660–2558
15052392     LENDMARK FINANCIAL SERVICES     2118 Usher St NW     Covington, GA 30014–2434
15052393     Palomar Health     2185 Citracado Pkwy     Escondido, CA 92029–4159
15052394     Parkview Health System     Po Box 78004     Minneapolis, MN 55480–2800
15052395     SYNCHRONY / JC PENNEYS     PO Box 965007     Orlando, FL 32896–5007
15052396     SYNCHRONY / WALMART     PO Box 965024     Orlando, FL 32896–5024
15052397     T–Mobile     P0 Box 53410     Bellevue, WA 98015–3410
15052398     WEBBANK / ONEMAIN     PO Box 31535TA–74     Tampa, FL 33631–3535

          TOTAL: 31